Judge Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

   -v.-                           :    08 Cr. ____

LUZ VENTURA,
   a/k/a "Luz Maria Gil de Vasquez,"
   a/k/a "Tia La Doña," and        :
GIOVANNA VALLE DEL ROCIO,
                             :
             Defendants.
                             :
- - - - - - - - - - - - - - - - -x

08 CRIM 706

## COUNT ONE

The Grand Jury charges:

1.  From in or about March 2008 up to and including in or about July 2008, in the Southern District of New York and elsewhere, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code,

Sections 812, 841(a)(1), and 841(b)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about May 11, 2008, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, spoke over the telephone and agreed to meet the next day.

    b. On or about May 12, 2008, VENTURA traveled to the vicinity of 182nd Street and Davidson Avenue, Bronx, New York, for the purpose of meeting VALLE DEL ROCIO.

    c. On or about May 12, 2008, VALLE DEL ROCIO carried more than a kilogram of heroin from New Jersey to the vicinity of 182nd Street and Davidson Avenue, Bronx, New York, for the purpose of meeting VENTURA.

(Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4. On or about May 12, 2008, in the Southern District of New York, GIOVANNA VALLE DEL ROCIO, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram

and more of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code,
Sections 812, 841(a)(1), and 841(b)(1)(A).)

COUNT THREE

The Grand Jury further charges:

5. From in or about May 2008 up to and including in or about July 2008, in the Southern District of New York and elsewhere, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(2)(A) of Title 18, United States Code.

6. It was a part and an object of the conspiracy that LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer monetary instruments and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, to wit, illegal narcotics transactions, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York and elsewhere:

 a. On or about May 11, 2008, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, spoke over the telephone and agreed to meet the next day.

 b. On or about May 12, 2008, VENTURA traveled to the vicinity of 182nd Street and Davidson Avenue, Bronx, New York, for the purpose of meeting VALLE DEL ROCIO.

 c. On or about May 12, 2008, VALLE DEL ROCIO traveled from New Jersey to the vicinity of 182nd Street and Davidson Avenue, Bronx, New York, for the purpose of meeting VENTURA.

(Title 18, United States Code, Section 1956(h).)

FORFEITURE ALLEGATIONS

8. As a result of committing the controlled substance offense alleged in Count One of this Indictment, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and GIOVANNA VALLE DEL ROCIO, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the narcotics violation and

4

any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the narcotics violation alleged in Count One of the Indictment.

        9. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

        c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

        (Title 21, United States Code,
        Sections 841(a)(1), 846, and 853.)

        10. As the result of committing the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count Three of this Indictment, LUZ VENTURA, a/k/a "Luz Maria Gil de Vasquez," a/k/a "Tia La Doña," and

GIOVANNA VALLE DEL ROCIO, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offenses and all property traceable to such property.

<u>Substitute Asset Provision</u>

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants, up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LUZ VENTURA,
a/k/a "Luz Maria Gil de Vasquez,"
a/k/a "Tia La Doña," and
GIOVANNA VALLE DEL ROCIO,

Defendants.

---

**INDICTMENT**

08 Cr.

(Title 21, United States Code,
Sections 812, 841(a)(1),
841(b)(1)(A), 846, and
Title 18, United States Code, Section
1956(h).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

7/30/08 Filed Indictment. Case assigned to Judge Marrero. cf Mag. Judge Katz